Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH NEW,<br><br>Defendant. | Case No.: CIV-S-04-1261 MCE DAD<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT KENNETH NEW WITHOUT PREJUDICE AND REQUEST TO RETAIN JURISDICTION** |

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant KENNETH NEW ("Defendant") Without Prejudice and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorneys' fees; and

///
///
///
///
///
///

(3)     The Court shall retain jurisdiction over DIRECTV and Defendant to enforce the terms described above of the Settlement Agreement between those parties dated July 29, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated:  September 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE